Alan Stuart Graf, OSB # 92317
alangraf@aracnet.com
PO Box 98
Summertown, TN 38483
Telephone: 931-964-3123
Fax: 931-964-3127
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **VIRGIL J. BURNSIDES** | CV 09-6160-BR |
| Plaintiff, | ORDER FOR EAJA ATTORNEY FEES |
| v. | |
| **MICHAEL J. ASTRUE** Commissioner of Social Security, | |
| Defendant. | |

Based upon the stipulation of the parties, it is hereby ORDERED that Plaintiff is awarded attorney fees in the amount of $4,392.08. Payment of this award shall be made via check sent to Alan Graf's address: Alan Stuart Graf, PC, PO Box 98, 316 Second Rd., Summertown, TN 38483

It is so ORDERED
Dated this 10th, day of 2010

_____
United States District Judge

Prepared as to form

/s/ Alan Graf
Attorney for Plaintiff

ORDER FOR EAJA FEES